# Cowan, Liebowitz & Latman, P.C.

LAW OFFICES

1133 Avenue of the Americas   •   New York, NY  10036-6799

*Telephone* (212) 790-9200   •   *Web* www.cll.com   •   *Fax* (212) 575-0671

**Morton David Goldberg**
Direct (212) 790-9253
*mdg@cll.com*

May 10, 2004

**<u>Via Federal Express (w/encl.) and Fax (w/o encl.) to 787-766-5693</u>**

Frances Rios de Morán, Esq.
Clerk of the Court
U.S. District Court for District of Puerto Rico
Clemente Ruiz-Nazario U.S. Courthouse
& Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1765

> Re:   *Latin American Music Co., Inc. et al. v. Archdiocese of San Juan, et al.*,
> United States District Court for the District of Puerto Rico.,
> No. 96 CV-2312(PG)(consolidated cases)

Dear Ms. Rios de Morán:

Pursuant to Rule 53(f) of the Federal Rules of Civil Procedure, as amended December 1, 2003, I submit herewith, for filing and for entry on the docket, the original of the final version of my Report and Recommendations ("Report"), which I have today signed as Special Master in these consolidated cases and served on counsel:

"SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON
ISSUES OF COPYRIGHT OWNERSHIP, AUTHORSHIP AND COMPLIANCE
WITH STATUTORY FORMALITIES"

I have prepared the Report pursuant to Paragraphs I and IV of the Court's Amended Order of Reference to Special Master (Dkt. 277), dated March 27, 2003. As the Report indicates, I have dealt at this time only with the issues relating to the matter of copyright ownership. I have not as yet dealt with the issues relating to the matter of copyright infringement, as to which I await further instruction from the Court.

25143/000/616741.4

**Cowan, Liebowitz & Latman, P.C.**
Frances Rios de Moran, Esq.
May 10, 2004
Page 2


Pursuant to the Order of Hon. Juan M. Perez-Gimenez, U.S.D.J., of May 7, 2004, however, a copy of the Report is not being served on counsel for Latin-American Music Co., Inc., ACEMLA, and Mr. Luis Raúl Bernard until further Order of the Court.

I describe on page 9 of the Report the changes that I have made in producing this final version from the draft that I circulated for factual review to the parties with my Order of March 10, 2004.

The Report is being sent in hard copy and on a CD-ROM (in Microsoft Word format) by Federal Express (for next-day delivery) to Mr. Slotnick for the Peer Parties but, to conserve expense, is being sent only on a CD-ROM by first class mail to the other counsel being served.

Very truly yours,

Morton David Goldberg
Special Master

cc:  Hon. Juan M. Perez-Gimenez, U.S.D.J

cc:  Counsel

25143/000/616741.4

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| LATIN AMERICAN MUSIC CO., INC., ET AL.,<br>　　　Plaintiffs,<br>　　　　　v.<br>THE ARCHDIOCESE OF SAN JUAN OF THE ROMAN CATHOLIC AND APOSTOLIC CHURCH, ET AL.,<br>　　　Defendants, | * * * * * * * * * | CIVIL NO. 96-2313(PG) |
| TURABO RADIO CORP., ET AL.,<br>　　　Plaintiffs,<br>　　　　　v.<br>ASOCIACION DE COMPOSITORES Y EDITORES DE MUSICA LATINOAMERICANA, INC., ET AL.,<br>　　　Defendants, | * * * * * * * | CIVIL NO. 97-2356(PG) |
| TURABO RADIO CORP., ET AL.,<br>　　　Plaintiffs<br>　　　　　v.<br>PEER; PEER, ET AL.,<br>　　　Defendants | * * * * * | CIVIL NO. 98-1597(PG) |
| PEER INTERNATIONAL CORPORATION, ET AL.,<br>　　　Plaintiffs,<br>　　　　　v.<br>LATIN AMERICAN MUSIC CO., INC., THE ARCHDIOCESE OF SAN JUAN, ET AL.,<br>　　　Defendants | * * * * * * * * * | CIVIL NO. 97-2875(PG) |
| ASOCIACION DE COMPOSITORES Y EDITORES DE MUSICA LATINO AMERICANA, INC. ("ACEMLA")<br>　　　Plaintiff,<br>　　　　　v.<br>CATHOLIC UNIVERSITY ASSN., a/k/a WEUC - 1240 AM AND WEUC-88.9 FM<br>　　　Defendant | * * * * * * * * | CIVIL NO. 00-1618(PG) |

## SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON ISSUES OF COPYRIGHT OWNERSHIP, AUTHORSHIP AND COMPLIANCE WITH STATUTORY FORMALITIES

### May 10, 2004

### Morton David Goldberg, Special Master

25143/000/632306.1